UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 24-CV-30096 (KAR)

**DOREEN REYES,**
*Plaintiff*,

**v.**

**AMHERST-PELHAM REGIONAL
SCHOOL DISTRICT,
MICHAEL MORRIS, and
DOUGLAS SLAUGHTER,**
*Defendants*.

## <u>MOTION TO STAY PROCEEDINGS</u>

Plaintiff, by and through counsel, respectfully requests that this Honorable Court stay proceedings for 60 days to permit Plaintiff time to secure successor counsel.

The First Circuit Court of Appeal has stated, "It is beyond cavil that, absent a statute or rule to the contrary, federal district courts possess the inherent power to stay pending litigation when the efficacious management of court dockets reasonably requires such intervention." *Marquis v. FDIC*, 965 F.2d 1148, 1154-55 (1st Cir. 1992) citing *Landis v. N. Am. Co.,* 299 U.S. 248, 254-55 (1936). The court added, "there must be good cause for their issuance; they must be reasonable in duration; and the court must ensure that competing equities are weighed and balanced." *Id*. Here, where Plaintiff's counsel seeks to withdraw upon Plaintiff obtaining successor counsel, justice and fairness militate in favor of granting a stay of reasonable duration, which stay would not unduly prejudice Defendants.

WHEREFORE Plaintiff respectfully requests that this Honorable Court stay proceedings for 60 days to permit Plaintiff time to secure successor counsel.

Respectfully Submitted
Doreen Reyes
By Her Attorney:

*/s/Peter Vickery, Esq.*
Peter Vickery, Esq.
Farber and Lindley LLC
30 Boltwood Walk - Front 101
Amherst, MA 01002
BBO# 641574
Tel. (413) 256 8429
September 11, 2025                    Email: peter@farberandlindley.com

<u>CERTIFICATE OF SERVICE</u>

    I, Peter Vickery, Esq., hereby certify that on this day I filed this document through the ECF system so that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                            */s/Peter Vickery, Esq.*
September 11, 2025                    Peter Vickery, Esq.