UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 24-CV-30096 (KAR)

**DOREEN REYES,**
*Plaintiff*,

**v.**

**AMHERST-PELHAM REGIONAL**
**SCHOOL DISTRICT,**
**MICHAEL MORRIS, and**
**DOUGLAS SLAUGHTER,**
*Defendants*.

## OPPOSITION TO MOTION TO COMPEL

Plaintiff, by and through counsel, respectfully requests that this Honorable Court deny Defendants' motion to compel. As reason therefor, Plaintiff states that Plaintiff is seeking successor counsel and has filed a motion to stay proceedings for 60 days to permit Plaintiff time to secure successor counsel.

For the foregoing reasons, Plaintiff respectfully requests that this Honorable Court deny the motion.

Respectfully Submitted
Doreen Reyes
By Her Attorney:

*/s/Peter Vickery, Esq.*
Peter Vickery, Esq.
Farber and Lindley LLC
30 Boltwood Walk - Front 101
Amherst, MA 01002
BBO# 641574
Tel. (413) 256 8429
September 11, 2025                    Email: peter@farberandlindley.com

<u>CERTIFICATE OF SERVICE</u>

I, Peter Vickery, Esq., hereby certify that on this day I filed this document through the ECF system so that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


<u>*/s/Peter Vickery, Esq.*</u>

September 11, 2025                    Peter Vickery, Esq.